[No. 6259-44606-1. Division One. March 5, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DAN A. WILLIAMS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. KAREN REED, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 76741, 76742, 76743, 76740, Francis E. Holman, J., entered November 16 and November 10, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and James, JJ.

[No. 6284-44633-1. Division One. March 5, 1979.]

THE STATE OF WASHINGTON, *Appellant,* v. CHRISTIE MEZICH, *Respondent.*

THE STATE OF WASHINGTON, *Appellant,* v. JOHN H. HANSEN, ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King County, Nos. 44633, 44789, William C. Goodloe and Horton Smith, JJ., entered December 8, 1976, and February 24, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Ringold, JJ.

[No. 3179-2. Division Two. March 6, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY LEE WINTERSTEIN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 9590, Thomas L. Lodge, entered September 18, 1977. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.